UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No.  07-cr-93-01-SM

<u>Klever Peralta</u>

<u>O R D E R</u>

Defendant Peralta's motion to continue the final pretrial conference and trial is granted  (document 8).   Trial has been rescheduled for the October  2007 trial period.   Defendant  Peralta has filed a waiver of speedy trial rights.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  September 28, 2007 at 4:00 p.m.

**Jury Selection**:  October 10, 2007  at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Steven J. McAuliffe
Chief Judge

June 22, 2007

cc: Jeffrey Levin, Esq.
    Alfred Rubega, AUSA
    US Probation
    US Marshal